UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/27/21
```

Antsy Labs, LLC, et al.,

        Plaintiffs,

–v–

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule a hereto,

        Defendants.

21-cv-6123 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    A hearing regarding Plaintiffs' motion for a preliminary injunction is scheduled in this case for July 30, 2021, at 10:00 a.m. The conference will proceed by teleconference. At the scheduled time, the parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 9196964.

    Plaintiffs are ORDERED to serve a copy of this Order on Defendants and file such proof of service on the docket.

SO ORDERED.

Dated: July 27, 2021
      New York, New York

_____
ALISON J. NATHAN
United States District Judge