UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



Antsy Labs, LLC, et al.,

        Plaintiffs,

–v–

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule a hereto,

        Defendants.

21-cv-6123 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

    The Clerk of Court is respectfully directed to unseal Dkt. No. 10 and Dkt. No. 11 in light of the Preliminary Injunction Order stating that "Plaintiffs' Schedule A to the Complaint, Exhibit 2 to the Declaration of Stephen Drysdale, and the TRO shall become unsealed." Dkt. No. 27 ¶ 11.

    SO ORDERED.

Dated: August 26, 2021
       New York, New York

                                      ALISON J. NATHAN
                                    United States District Judge