UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

Antsy Labs, LLC, *et al.*,

        Plaintiffs,

–v–

The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A hereto,

        Defendants.

---

21-cv-6123 (AJN)

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/16/21

ALISON J. NATHAN, District Judge:

    On August 31, 2021, Plaintiffs filed a motion for default judgment. Dkt. No. 46. Pursuant to Rule 3(L) of this Court's Individual Rules and Local Civil Rules 55.2(c), Plaintiff was required to serve the motion for default judgment and supporting paperwork on Defendants and file an affidavit of service on the docket. As of the date of this Order, Plaintiff has not filed such an affidavit of service. Accordingly, the Court hereby ORDERS that Plaintiffs file such an affidavit within two weeks of this Order.

    SO ORDERED.

Dated: September 16, 2021
       New York, New York

                                                    _____
                                                    ALISON J. NATHAN
                                                  United States District Judge