UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/24/21
```

| | |
|---|---|
| ANTSY LABS, LLC;<br>ZURU INC.,<br><br>    Plaintiffs,<br><br>  v.<br><br>THE INDIVIDUALS, CORPORATIONS,<br>LIMITED LIABILITY COMPANIES,<br>PARTNERSHIPS, AND<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE A HERETO,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)  Case No.: 21-cv-06123<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF
<u>CERTAIN DEFENDANTS</u>**

TO THE COURT AND ALL INTERESTED PARTIES:

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. Pro. 41(a)(1)(i), Plaintiffs ANTSY LABS, LLC and ZURU INC. (collectively "Plaintiffs") voluntarily dismiss the following Defendants listed on Schedule A to the Complaint without prejudice:

| No. | Seller Names | Defendant Online Marketplace |
|---|---|---|
| 3 | aftspareparts | https://www.ebay.com/usr/aftspareparts |
| 4 | autostorebest | https://www.ebay.com/usr/autostorebest |
| 7 | bohbo.ida | https://www.ebay.com/usr/bohbo.ida |
| 9 | cpcparts | https://www.ebay.com/usr/cpcparts |
| 13 | excavatorparts16 | https://www.ebay.com/usr/excavatorparts16 |
| 14 | excavatorparts9999 | https://www.ebay.com/usr/excavatorparts9999 |
| 15 | factoryselling100 | https://www.ebay.com/usr/factoryselling100 |
| 28 | itelya | https://www.ebay.com/usr/itelya |

| 38 | onvehicle886 | https://www.ebay.com/usr/onvehicle886 |
|---|---|---|
| 69 | ChangQuan Director | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2V88D7YHLIUFB&sshmPath= |
| 75 | Claysen | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A369PU3BU9ORWK&sshmPath= |
| 77 | COOKUUEUD | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A399H6VGJ2GPGA&sshmPath= |
| 81 | Fekuar US | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2LJBBQU0FPPCE&sshmPath= |
| 82 | FLASH FASHION | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3GGVIIINH4YTT&sshmPath= |
| 84 | Fun Maker | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3LKSY3HJX6IE0&sshmPath= |
| 89 | Haojiezy | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3PYYIO4CRPY0Q&sshmPath= |
| 104 | JOEYANK | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=AREHLRQ31BLO7&sshmPath= |
| 122 | Mao&Mao | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A35SYR2VN4LIQ3&sshmPath= |
| 129 | Nice-live | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2A0LP09ZRRBM4&sshmPath= |
| 142 | SBOW | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A34KTMDQSUYXOE&sshmPath= |

| 144 | shengniaogaomin | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A43XRAO4B3A0M&sshmPath= |
|---|---|---|
| 148 | TaiHangShangMao | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A2I5ZVQ14NV6FX&sshmPath= |
| 153 | US-Great | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1ASBN3G6NNJ1O&sshmPath= |
| 157 | WS-Tech | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3SFW0M3OCE0II&sshmPath= |
| 169 | Yokuna | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A3R3YS5HUFJYCI&sshmPath= |
| 173 | Zcoins fashion shop | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1LVQZX8XBQTN&sshmPath= |
| 176 | zhuo rui trade | https://www.amazon.com/sp?_encoding=UTF8&asin=&isAmazonFulfilled=1&isCBA=&marketplaceID=ATVPDKIKX0DER&orderID=&protocol=current&seller=A1LS39GMDIFZET&sshmPath= |

Dated: November 19, 2021               Respectfully submitted,

SO ORDERED.
ALISON J. NATHAN, U.S.D.J.
11/24/21

/s/Andrew P. Holland
Andrew P. Holland (CA Bar No. 224737)
THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200
aholland@thoits.com

3