UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Antsy Labs, LLC, et al.,

            Plaintiffs,

    –v–

The individuals, corporations, limited liability companies, partnerships, and unincorporated associations identified on Schedule A to the complaint,

            Defendants.

21-cv-6123 (AJN)

ORDER



ALISON J. NATHAN, District Judge:

    On November 15, 2021, the Court ordered plaintiffs to file a letter addressing whether it is proper for the Court to rule on the motion for default judgment while other defendants have noticed appearances and a defendant has filed a motion to dismiss for lack of jurisdiction. Dkt. No. 77; *see also Knowles-Carter v. Feyonce, Inc.*, No. 16-cv2532 (AJN), 2017 WL 11567528, at *5 (S.D.N.Y. Sept. 23, 2017). The Court is not in receipt of this letter. Plaintiffs are ORDERED to file the letter on or before January 6, 2022.

    SO ORDERED.

Dated: December 22, 2021
       New York, New York

                                    ALISON J. NATHAN
                                  United States District Judge