UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Antsy Labs, LLC et al.,<br><br>    Plaintiffs,<br><br>  -against-<br><br>The Individuals, Corporations, Limited Liability Companies, Partnerships, and Unincorporated Associations Identified on Schedule A,<br><br>    Defendants. | 21-cv-6123 (JSR)<br><br>ORDER |

JED S. RAKOFF, U.S.D.J.

On May 17, 2022, the parties in the above-captioned case informed the Court that they had reached a settlement in principle. Accordingly, the case is hereby dismissed with prejudice, with leave to any party to move within 30 days from the date hereof to reopen the case and proceed to trial if the settlement is not fully effectuated.

SO ORDERED.

Dated:   New York, NY

   May 17, 2021

                                      _____
                                      JED S. RAKOFF, U.S.D.J.